| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>COHN, AVERN L. | 2. Court or Organization<br><br>U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report<br><br>04/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>219 FEDERAL BUILDING<br>AND U.S. COURTHOUSE<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Cohn, Avern L.

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. INTEL CORP | D | Dividend | M | T | Donated (part) | | | | |
| 2. PROCTER & GAMBLE (FORMERLY GILLETTE) | B | Dividend | K | T | Donated (part) | | | | |
| 3. ROYAL DUTCH PETROLEUM | D | Dividend | L | T | Donated (part) | | | | |
| 4. SCHLUMBERGER, LTD. | B | Dividend | M | T | Donated (part) | | | | |
| 5. SIGMA ALDRICH CORP. | B | Dividend | L | T | Donated (part) | | | | |
| 6. KIMBERLY CLARK | D | Dividend | L | T | Donated (part) | | | | |
| 7. WALT DISNEY CO. | B | Dividend | L | T | | | | | |
| 8. QUALCOMM INC | B | Dividend | M | T | Donated (part) | | | | |
| 9. GE | B | Dividend | | | Sold | 6/10/09 | K | A | |
| 10. ORACLE CORP | A | Dividend | | | Sold | 4/9/09 | L | E | |
| 11. TIME WARNER INC | A | Dividend | | | Sold | 6/10/09 | K | A | |
| 12. BOEING | C | Dividend | M | T | | | | | |
| 13. ARCHER DANIELS MIDLAND | B | Dividend | L | T | Sold (part) | 4/9/09 | K | E | |
| 14. RAYTHEON NEW | B | Dividend | M | T | | | | | |
| 15. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 16. EMC CORP MA | | None | | | Sold | 4/9/09 | L | E | |
| 17. PEPSICO | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LOCKHEED MARTIN | B | Dividend | L | T | | | | | |
| 19. ROVI CORP | | None | J | T | | | | | FORMERLY GEMSTAR INTL |
| 20. JPMORGAN HIGH YIELD BOND FUND | D | Dividend | | | Sold | 6/10/09 | M | A | |
| 21. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | A | Dividend | L | T | Sold (part) | 04/09/09 | K | A | |
| 22. ISHARES TR MSCI EAFE INX FD | C | Dividend | N | T | | | | | |
| 23. ISHARES TR S&P MIDCAP 400/BARRA VAL | D | Dividend | N | T | | | | | |
| 24. ISHARES S&P MIDCAP 400/BARRA GR IDX | B | Dividend | M | T | Sold (part) | 04/09/09 | M | A | |
| 25. BAXTER INTL | C | Dividend | M | T | | | | | |
| 26. MICROSOFT CORP | A | Dividend | | | Sold | 6/10/09 | L | A | |
| 27. CUMMINS INC | A | Dividend | | | Sold | 4/9/09 | K | E | |
| 28. EMCOR GROUP INC. | | None | L | T | | | | | |
| 29. PRAXAIR INC | B | Dividend | L | T | | | | | |
| 30. YAHOO INC | | None | | | Sold | 6/10/09 | K | A | |
| 31. ISHARES TR MSCI EMERGING MKTS INDX FUND | D | Dividend | M | T | | | | | |
| 32. ISHARES RUSSELL 2000 GROWTH INDX FUND | A | Dividend | L | T | Sold (part) | 4/9/09 | L | A | |
| 33. CHUBB CORP | B | Dividend | L | T | | | | | |
| 34. VERIZON COMMUNICATIONS | B | Dividend | | | Sold | 6/10/09 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IBM | B | Dividend | M | T | | | | | |
| 36. ISHARES MSCI EX-JAPAN INDEX FD | A | Dividend | M | T | Sold (part) | 2/23/09 | K | B | |
| 37. DODGE & COX INTL FUND | C | Dividend | N | T | Sold (part) | 6/10/09 | L | A | |
| 38. JP MORGAN TAX AWARE REAL RET FD | D | Dividend | N | T | Buy (add'l) | 4/13/09 | L | | |
| 39. ISHARES TR RUSSELL 1000 GROWTH INDX FD | A | Dividend | | | Sold | 6/10/09 | M | A | |
| 40. ISHARES TR RUSSELL 1000 VALUE INDEX FD | C | Dividend | M | T | | | | | |
| 41. HARBOR INTL FD | | None | | | Sold | 3/5/09 | M | A | |
| 42. JPMORGAN US LARGE CAP CORE SEL | | None | | | Sold | 6/10/09 | N | A | |
| 43. JPMORGAN INTREPID EUROPEAN FUND | | None | | | Sold | 2/20/09 | M | A | |
| 44. JPMORGAN MI MUN MONEY MKT FUND | A | Dividend | | | Sold | 1/15/09 | O | A | |
| 45. EATON VANCE MUT FDS TR | D | Dividend | M | T | Buy | 4/13/09 | M | | |
| 46. MANNING & NAPIER FD INC | C | Dividend | N | T | Buy | 4/130/09 | M | | |
| 47. MANNING & NAPIER FD INC | | None | | | Buy (add'l) | 6/11/09 | M | | |
| 48. JP MORGAN ASIA EQUITY FUND | A | Dividend | M | T | Buy | 6/11/09 | M | | |
| 49. ARTIO GLOBAL INVT INTL EQ FD | B | Dividend | M | T | Buy | 6/11/09 | L | | |
| 50. TROWE PRICE NEW ASIA FD | B | Dividend | N | T | Buy | 6/11/09 | M | | |
| 51. PAYDEN & RYGEL INV GRP | D | Dividend | M | T | Buy | 6/11/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GOLDMAN SACHS TR | E | Dividend | N | T | Buy | 2/25/09 | M | | |
| 53. XSPRADA CORP SER B CONV PFD | | None | L | T | Buy | 1/15/09 | K | | |
| 54. BELLEVILLE NORTH VENTURE-BELLEVILLE, MI | | None | L | U | | | | | |
| 55. HUNTINGTON GARDEN APTS.OAK PARK, MI | E | Rent | L | U | | | | | |
| 56. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 57. HUNTINGTON GARDEN APTS. | F | Distribution | | | | | | | |
| 58. LANCASTER HILLS APTS. CO.-SOUTHFIELD, MI | G | Rent | M | U | | | | | |
| 59. LANCASTER HILLS APTS. CO. | G | Distribution | | | | | | | |
| 60. FRANKEL-NODLEHS- BLOOMFIELD HILLS, MI | | None | K | U | | | | | |
| 61. BLOOMFIELD VILLAGE SQUARE-BLMFLD HILLS, MI | A | Dividend | J | U | | | | | |
| 62. BLOOMFIELD VILLAGE SQUARE-MI | G | Rent | | | | | | | |
| 63. FERRIS PARK TOWERS-LANSING, MI | E | Rent | L | U | | | | | |
| 64. FERRIS PARK TOWERS | A | Dividend | | | | | | | |
| 65. FERRIS PARK TOWERS | E | Distribution | | | | | | | |
| 66. BELLEVILLE NORTH MARSH VENTURE-BELLEVILLE, MI | B | Rent | L | U | | | | | |
| 67. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 68. DIXIE PROPERTIES-WATERFORD, MI | E | Rent | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DIXIE PROPERTIES | E | Distribution | | | | | | | |
| 70. BLOOMFIELD PLAZA, LLC-BLOOMFIELD HILLS, MI | G | Rent | | | | | | | |
| 71. BLOOMFIELD PLAZA, LLC | C | Interest | N | U | | | | | |
| 72. BLOOMFIELD PLAZA, LLC | G | Distribution | | | | | | | |
| 73. GGP LIMITED PARTNERSHIP-MULTI STATE | E | Rent | N | U | | | | | |
| 74. GGP LIMITED PARTNERSHIP | C | Interest | | | | | | | |
| 75. GGP LIMITED PARTNERSHIP | F | Dividend | | | | | | | |
| 76. EATON NURSERY SALES-MI | E | Rent | K | U | | | | | |
| 77. EATON NURSERY SALES | E | Distribution | | | | | | | |
| 78. WOODFORD APT. HOTEL CO.-BLOOMFIELD HILLS, MI | C | Rent | K | U | | | | | |
| 79. WOODFORD APT. HOTEL CO. | B | Distribution | | | | | | | |
| 80. NORTH HILL CENTER, LLC-ROCHESTER, MI | E | Rent | N | U | | | | | |
| 81. NORTH HILL CENTER, LLC | A | Dividend | | | | | | | |
| 82. NORTH HILL CENTER, LLC. | A | Interest | | | | | | | |
| 83. BLOOMFIELD PLAZA II LLC-BLOOMFIELD HILLS, MI | A | Interest | J | U | | | | | |
| 84. BLOOMFIELD PLAZA II LLC-MI | F | Rent | | | | | | | |
| 85. BLOOMFIELD PLAZA II LLC | E | Distribution | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. YPSILANTI, MI BOND | D | Interest | | | Matured | 11/20/09 | M | A | |
| 87. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 88. MICHIGAN MUN BOND AUTH | D | Interest | N | T | | | | | |
| 89. GENESEEE COUNTY MI BOND | D | Interest | N | T | | | | | |
| 90. KING COUNTY WA BOND | C | Interest | M | T | | | | | |
| 91. SAN ANTONIO TX BOND | D | Interest | M | T | | | | | |
| 92. INDIANA STATE FIN AUTH BOND | D | Interest | M | T | | | | | |
| 93. REGIONAL TRANS DIST COLORADO BOND | D | Interest | M | T | | | | | |
| 94. ANCHORAGE ALASKA BOND | D | Interest | M | T | | | | | |
| 95. RUTHERFORD CNTY TN BOND | D | Interest | M | T | | | | | |
| 96. KING&SNOHOMISH CNTY WA BOND | D | Interest | M | T | | | | | |
| 97. ILLINOIS STATE BOND | D | Interest | M | T | | | | | |
| 98. UTAH STATE BOND | D | Interest | M | T | | | | | |
| 99. OLATHE KANSAS BOND | D | Interest | M | T | | | | | |
| 100. WEST CLARK, IND BOND | D | Interest | M | T | | | | | |
| 101. OHIO STATE BOND | D | Interest | M | T | | | | | |
| 102. STATE OF TEXAS- TECH COLLEGE BOND | | None | M | T | Buy | 12/17/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 104. ▒▒▒▒ HOLDINGS: | | None | | | | | | | |
| 105. EXXON/MOBIL CORP | A | Dividend | K | T | Sold (part) | 2/25/09 | J | D | |
| 106. GE | B | Dividend | J | T | Sold (part) | 2/23/09 | J | A | |
| 107. SCHERING PLOUGH | A | Div | | | Sold | 6/25/09 | J | A | |
| 108. PFIZER | A | Dividend | J | T | Sold (part) | 6/25/09 | J | A | |
| 109. PROCTER & GAMBLE | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 110. CATERPILLAR | A | Dividend | L | T | Buy (add'l) | 10/22/09 | K | | |
| 111. CATERPILLAR | | None | | | Sold (part) | 2/23/09 | J | A | |
| 112. FEDEX | A | Dividend | K | T | Buy (add'l) | 5/8/09 | J | | |
| 113. AMERICAN EXPRESS CO | A | Dividend | K | T | Sold (part) | 2/2/09 | J | A | |
| 114. APPLE | | None | K | T | Sold (part) | 2/23/09 | J | A | |
| 115. COSTCO WHOLESALE | A | Dividend | K | T | Sold (part) | 2/23/09 | J | A | |
| 116. GENENTECH INC | | None | | | Sold | 2/23/09 | J | C | |
| 117. GOOGLE INC-CL A | | None | L | T | Buy (add'l) | 6/25/09 | K | | |
| 118. GGOGLE INC-CL A | | None | | | Sold (part) | 2/23/09 | J | A | |
| 119. OSKOSH TRUCK CORP CL B | | None | | | Sold | 1/29/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BURLINGTON NO SANTA FE | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 121. NESTLE | A | Dividend | K | T | Sold (part) | 2/23/09 | J | A | |
| 122. SSGA US GOV M/M FUND | B | Dividend | L | T | | | | | |
| 123. MCDONALDS CORP | A | Dividend | J | T | Sold (part) | 2/23/09 | J | B | |
| 124. MONSANTO | A | Dividend | K | T | Sold (part) | 6/25/09 | J | A | |
| 125. MONSANTO | | None | | | Buy (add'l) | 10/9/09 | J | | |
| 126. GILEAD SCIENCE | A | Dividend | K | T | Sold (part) | 2/23/09 | J | C | |
| 127. AMAZON.COM | A | Dividend | | | Sold | 10/16/09 | K | A | |
| 128. SCHLUMBERGER | A | Dividend | K | T | Sold (part) | 3/2/09 | J | A | |
| 129. SCHLUMBERGER | | None | | | Buy (add'l) | 8/2/09 | J | | |
| 130. ABBOTT LABS | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 131. DEERE & CO. | A | Dividend | | | Sold | 2/2/09 | J | A | |
| 132. VODAFONE GRP | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 133. NEWS CORP | A | Dividend | | | Sold | 2/4/09 | J | A | |
| 134. SHERWIN WILLIAMS | A | Dividend | | | Sold | 2/5/09 | J | A | |
| 135. TARGET CORP | A | Dividend | | | Sold | 2/25/09 | J | A | |
| 136. WALT DISNEY | A | Dividend | | | Sold | 2/19/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. KELLOGG CORP | A | Dividend | | | Sold | 3/2/09 | J | A | |
| 138. RAILCORP HOLDINGS | A | Dividend | | | Sold | 4/29/09 | J | A | |
| 139. ANDARKO PETROLEUM | A | Dividend | K | T | Buy (add'l) | 12/7/09 | J | | |
| 140. ANDARKO PETROLEUM | | None | | | Sold (part) | 6/25/09 | J | A | |
| 141. PEABODY ENERGY | A | Dividend | J | T | | | | | |
| 142. WELLS FARGO | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 143. TEVA PHARMACEUTICALS | A | Dividend | J | T | Sold (part) | 2/23/09 | J | A | |
| 144. 3M | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 145. BOEING | A | Dividend | J | T | Sold (part) | 2/23/09 | J | A | |
| 146. JACOBS ENGINEERING | A | Dividend | | | Sold | 7/21/09 | J | A | |
| 147. UNITED TECHNOLOGIES | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 148. IBM | A | Dividend | K | T | Buy (add'l) | 8/6/09 | J | | |
| 149. IBM | | None | | | Sold (part) | 2/23/09 | J | A | |
| 150. AIR PROD & CHEMICALS | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 151. ADOBE SYSTEMS | A | Dividend | | | Sold | 2/2/09 | J | A | |
| 152. BHP BILLITON LTD | A | Dividend | | | Sold | 2/23/09 | J | A | |
| 153. DOW CHEMICAL | A | Dividend | | | Sold | 2/23/09 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. WEYERHAUSER CORP | A | Dividend | K | T | Buy (add'l) | 7/29/09 | K | | |
| 155. PERRIGO INC. | A | Dividend | J | T | Sold (part) | 2/3/09 | J | A | |
| 156. ANHEUSER-BUSCH | A | Dividend | K | T | Buy | 3/4/09 | K | | |
| 157. ARCHER DANIELS MIDLAND | A | Dividend | K | T | Buy | 5/19/09 | K | | |
| 158. ARCHER DANIELS MIDLAND | | None | | | Sold (part) | 6/25/09 | J | A | |
| 159. CLOROX | A | Dividend | K | T | Buy | 5/23/09 | K | | |
| 160. CLOROX | | None | | | Sold (part) | 6/25/09 | J | A | |
| 161. COCA COLA | A | Dividend | K | T | Buy | 9/11/09 | K | | |
| 162. COCA COLA | | None | | | Sold (part) | 6/25/09 | J | A | |
| 163. FMC TECHNOLOGIES | | None | K | T | Buy | 02/23/09 | K | | |
| 164. FMC TECHNOLOGIES | | None | | | Sold (part) | 6/25/09 | J | A | |
| 165. HESS GROUP | A | Dividend | K | T | Buy | 9/16/09 | K | | |
| 166. ROYAL BANK-CANADA | A | Dividend | K | T | Buy | 5/22/09 | K | | |
| 167. VISA INC. | A | Dividend | K | T | Buy | 5/13/09 | K | | |
| 168. ALCON INC | | None | K | T | Buy | 2/23/09 | K | | |
| 169. ALCON INC. | | None | | | Sold (part) | 6/25/09 | J | A | |
| 170. BRISTOL MYERS SQUIBB | A | Dividend | K | T | Buy | 9/30/09 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CELGENE CORP | | None | K | T | Buy | 3/4/09 | K | | |
| 172. JOHNSON & JOHNSON | A | Dividend | K | T | Buy | 5/21/09 | K | | |
| 173. ROCHE HOLDINGS LTD | | None | K | T | Buy | 3/4/09 | K | | |
| 174. CUMMINS INC. | A | Dividend | K | T | Buy | 5/28/09 | K | | |
| 175. CUMMINS INC. | | None | | | Sold (part) | 6/25/09 | J | A | |
| 176. STANLEY WORKS | A | Dividend | K | T | Buy | 3/21/09 | K | | |
| 177. UNION PACIFIC | | None | K | T | Buy | 3/4/09 | K | | |
| 178. APPLIED MATERIALS | A | Dividend | L | T | Buy | 5/12/09 | L | | |
| 179. CORNING INC. | A | Dividend | L | T | Buy | 5/28/09 | K | | |
| 180. ORACLE CORP | | None | K | T | Buy | 3/4/09 | K | | |
| 181. FREEPORT-MCMORAN | | None | L | T | Buy | 3/4/09 | L | | |
| 182. FREEPORT-MCMORAN | | None | | | Sold (part) | 6/25/09 | J | A | |
| 183. NUCOR CORP | A | Dividend | K | T | Buy | 6/26/09 | K | | |
| 184. VALE SA | A | Dividend | K | T | Buy | 11/6/09 | K | | |
| 185. GOODYEAR | A | Dividend | J | T | Buy | 3/4/09 | J | | |
| 186. GOODYEAR | | None | | | Sold (part) | 10/29/09 | J | A | |
| 187. CITRIX SYSTEMS | | None | | | Buy | 4/7/09 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CITIRX SYSTEMS | | None | | | Sold | 8/17/09 | J | A | |
| 189. DEVON ENERGY | A | Dividend | | | Buy | 4/3/09 | J | | |
| 190. DEVON ENERGY | | None | | | Sold | 7/28/09 | J | A | |
| 191. KIMBERLY CLARK | A | Dividend | | | Buy | 3/26/09 | J | | |
| 192. KIMBERLY CLARK | | None | | | Sold | 10/16/09 | J | A | |
| 193. MARATHON OIL | A | Dividend | | | Buy | 3/24/09 | J | | |
| 194. MARATHON OIL | | None | | | Sold | 5/12/09 | J | A | |
| 195. MARTIN MARRIETTA | A | Dividend | | | Buy | 4/2/09 | J | | |
| 196. MARTIN MARRIETTA | | None | | | Sold | 7/8/09 | J | A | |
| 197. RESEARCH IN MOTION | | None | | | Buy | 3/26/09 | J | | |
| 198. RESEARCH IN MOTION | | None | | | Sold | 10/30/09 | J | A | |
| 199. VALERO ENERGY | A | Dividend | | | Buy | 2/5/09 | J | | |
| 200. VALERO ENERGY | | None | | | Sold | 10/14/09 | J | A | |
| 201. INTEL | A | Dividend | | | Buy | 4/2/09 | J | | |
| 202. INTEL | | None | | | Sold | 7/15/09 | J | A | |
| 203. BECKTON DICKINSON | A | Dividend | | | Buy | 4/2/09 | J | | |
| 204. BECKTON DICKINSON | | None | | | Sold | 7/31/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. HONEYWELL INC BOND | B | Interest | | | Sold | 3/4/09 | M | A | |
| 206. TARGET CORP BOND | B | Interest | | | Sold | 3/4/09 | M | A | |
| 207. GENERAL DYNAMICS BOND | A | Interest | | | Sold | 3/4/09 | M | A | |
| 208. EI DUPONT BOND | A | Interest | | | Sold | 3/4/09 | M | A | |
| 209. WALGREEN CO BOND | A | Interest | | | Sold | 3/4/09 | M | A | |
| 210. GE BOND | A | Interest | | | Sold | 3/4/09 | L | A | |
| 211. BP PLC BOND | A | Interest | | | Sold | 3/4/09 | M | A | |
| 212. NORTH CAROLINA GO | A | Interest | | | Sold | 4/1/09 | L | A | |
| 213. NORTH CAROLINA STATE BOND | D | Interest | M | T | | | | | |
| 214. GEORGIA STATE BOND | | None | | | Sold | 3/6/09 | M | A | |
| 215. PA STATE BOND | | None | | | Sold | 3/4/09 | M | A | |
| 216. SOUTH CAROLINA STATE BOND | | None | | | Matured | 1/1/09 | N | A | |
| 217. MAINE STATE BOND | | None | | | Matured | 1/15/09 | L | A | |
| 218. DELAWARE STATE BOND | B | Interest | | | Matured | 7/1/09 | L | A | |
| 219. SOUTH CAROLINA STATE BOND | C | Interest | | | Matured | 10/1/09 | M | A | |
| 220. TENESSEE STATE BOND | D | Interest | | | Matured | 10/1/09 | M | A | |
| 221. NORTH CAROLINA STATE BOND | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. VIRGINIA STATE BOND | D | Interest | M | T | | | | | |
| 223. TENESSEE STATE BOND | C | Interest | M | T | | | | | |
| 224. US TREASURY BILLS | C | Interest | M | T | | | | | |
| 225. US TREASURY NOTES | E | Interest | P1 | T | Buy<br>(add'l) | 8/28/09 | P1 | | |
| 226. US TREASURY NOTES | | None | | | Buy<br>(add'l) | 10/20/09 | P1 | | |
| 227. US TREASURY NOTES | | None | | | Sold<br>(part) | 9/30/09 | N | A | |
| 228. ARTSPACE, INC. | A | Distribution | M | U | | | | | |
| 229. ARTSPACE, INC | D | Dividend | | | | | | | |
| 230. WASHTENAW CO | B | Distribution | J | U | | | | | |
| 231. WASHTENAW CO.-MI | C | Rent | | | | | | | |
| 232. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 233. MERCURY PLAZA SHOPPING CENTER | A | Distribution | K | U | | | | | |
| 234. CG&A CENTRAL MALL | B | Distribution | K | U | | | | | |
| 235. CG&a CENTRAL MALL | A | Interest | | | | | | | |
| 236. LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 237. LPC ENTERPRISES | | None | J | U | | | | | |
| 238. ___E BROWN ST ASSOC-MI | A | Rent | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. [ ] E BROWN ST ASSOC | C | Distribution | K | U | | | | | |
| 240. TWENTY TWO TWENTY TWO, LLC | A | Interest | K | U | | | | | |
| 241. CGA&A CROSSROADS CENTER LP | A | Interest | K | U | | | | | |
| 242. CG&A CROSSROADS CENTER LLP | A | Distribution | | | | | | | |
| 243. PACIFIC FUND LP | A | Dividend | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L. | 04/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544